UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CENTRO PRESENTE, a membership organization; JUAN CARLOS VIDAL; ANNE CHRISTINE NICOLAS; CHRIS JEAN BAPTISTE; MERCEDES MATA; CAROLINA MATA; WILL ARIAS; JUAN AMAYA; and MARIA GUERRA, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-10340 |
| v. | ) ) | |
| DONALD J. TRUMP, President of the United States in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security in her official capacity; and ELAINE COSTANZO DUKE, Deputy Secretary of the Department of Homeland Security in her official capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(e), Plaintiffs, by and through their undersigned attorney, hereby move for admission *pro hac vice* of their counsel Iván Espinoza-Madrigal in the above-captioned case.

Further, pursuant to Local Rule 83.5.3(e)(3), this motion is accompanied by the Affidavit of Iván Espinoza-Madrigal.

WHEREFORE, this Court should grant the *pro hac vice* admission of Iván Espinoza-Madrigal as counsel for Plaintiffs.

Dated: March 5, 2018                                     Respectfully submitted,

*/s/ Oren Sellstrom*
Oren Sellstrom  (BBO# 569045)
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0624
osellstrom@lawyerscom.org

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on March 5, 2018.

*/s/ Oren Sellstrom*
*Oren Sellstrom*