# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

**CENTRO PRESENTE, ET AL.**
*Plaintiff*

v.

**DONALD J. TRUMP, ET AL.**
*Defendant*

Civil Action No.:
**1:18-CV-10340-DJC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Andrew E. Lelling, U.S. Attorney for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Oren M. Sellstrom
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Matthew McKillop**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2018-02-22 11:21:57.0, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-10340-DJC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew E. Lelling, US Attorney for District of Massachusetts
was received by me on *(date)* 03/05/2018

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Doe, Receptionist who refused to give name, who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office for District of MA at 1 Courthouse Way, 9200, Boston, MA   on *(date)* 03/06/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 03/09/2018

*Server's signature*

James J. Murray  Process Server
*Printed name and title*

25 Walnut Street, Suite 205
Wellesley Hills, MA 02481
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COUR
## FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ----------------------------------- X | Civil Action No: |
| **Centro Presente, et al.** | 1:18-CV-10340 |
| Plaintiff, | |
| v. | |
| **Donald J. Trump, et al.** | |
| Defendant, | |
| ----------------------------------- X | |

## AFFIDAVIT OF SERVICE

I, James J. Murray being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 6th day of March, 2018, I served the following documents upon the defendant Donald J. Trump c/o Andrew E. Lelling, U.S. Attorney for the District of Massachusetts at the John Joseph Moakley Courthouse located at 1 Courthouse Way, Suite 9200, Boston, MA 02110 by serving said documents upon a John Doe, receptionist at this office who said that he was authorized to accept service on behalf of the defendant but refused to provide his name because "for safety reasons I cannot provide my name as a policy of this office".

1. Summonses directed to the U.S. Attorney for the District of Massachusetts, Donald J. Trump, President of the United States, Jefferson B. Sessions, III, Attorney General of the United States, the Office of General Counsel, U.S. Department of Homeland Security, Kirstjen M. Nielsen, Secretary of the U.S. Department of Homeland Security, and Elaine C. Duke, Deputy Secretary of the U.S. Department of Homeland Security;
2. Complaint filed by Centro Presente, et al. against Donald J. Trump, President of the United States, the U.S. Department of Homeland Security, Kirstjen M. Nielsen, Secretary of the U.S. Department of Homeland Security, and Elaine C. Duke, Deputy Secretary of the U.S. Department of Homeland Security;
3. Notice of Appearance for Oren Nimni, on behalf of Plaintiffs [ECF No. 2];
4. Motion for Admission *Pro Hac Vice* of Iván Espinoza-Madrigal [ECF No. 5], with Affidavit, on behalf of Plaintiffs [ECF No. 5-1] ;

5. Notice of Appearance for Eric J. Marandett, on behalf of Plaintiffs [ECF No. 6];
6. Notice of Appearance for Carlos Perez-Albuerne, on behalf of Plaintiffs [ECF No. 7];
7. Notice of Appearance for Kevin P. O'Keefe, on behalf of Plaintiffs [ECF No. 8];
8. Notice of Appearance for Xing-Yin Ni, on behalf of Plaintiffs [ECF No. 9]

James J. Murray
Process Server