# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CENTRO PRESENTE, ET AL.**

*Plaintiff*

v.

**DONALD J. TRUMP, ET AL.**

*Defendant*

Civil Action No.:
**1:18−CV−10340−DJC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Donald J. Trump, President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Oren M. Sellstrom
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Matthew McKillop**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

**ISSUED ON 2018−02−22 11:21:57.0**, Clerk USDC DMA

Civil Action No.: **1:18−CV−10340−DJC**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ______________________________

was received by me on (date)__________________.

☐ I personally served the summons on the individual at (place)____________________________

__________________________________on (date)________________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)____________

____________________________, a person of suitable age and discretion who resides there,

on (date) ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)______________________________ , who is

designated by law to accept service of process on behalf of (name of organization)____________

__________________________________________ on (date) ______________; or

☐ I returned the summons unexecuted because_____________________________________ ; or

☐ Other (specify) :

My fees are $ ________ for travel and $_________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

**Please see attached Declaration**

__________________ Date

__________________ *Server's Signature*

__________________ *Printed name and title*

__________________ *Server's Address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRO PRESENTE, a membership organization; JUAN CARLOS VIDAL; ANNE CHRISTINE NICOLAS; CHRIS JEAN BAPTISTE; MERCEDES MATA; CAROLINA MATA; WILL ARIAS; JUAN AMAYA; and MARIA GUERRA,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security in her official capacity; and, ELAINE COSTANZO DUKE, Deputy Secretary of the Department of Homeland Security in her official capacity,

Defendants.

Civil Action No. 1:18-cv-10340

**DECLARATION OF SERVICE OF ALLISON S. ERCOLANO REGARDING DEFENDANT DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES**

I, Allison S. Ercolano, hereby declare:

1. Pursuant to Federal Rules of Civil Procedure 4(i)(2), on March 5, 2018, I caused a copy of the following documents to be mailed by certified mail, Article No. 9414 7266 9904 2077 7194 60, to Donald J. Trump, President of the United States, 1600 Pennsylvania Avenue, Washington, D.C. 20500:

    a. Service Cover Letter addressed to Donald J. Trump, President of the United States;

    b. Summons directed to Donald J. Trump, President of the United States;

    c. Complaint filed by Centro Presente, et al. against Donald J. Trump, President of the United States, United States Department of Homeland Security, Kirstjen Nielsen, Secretary of the United States Department of Homeland Security, and

Elaine C. Duke, Deputy Secretary of the Department of Homeland Security [ECF No. 1];

d. Notice of Appearance of Oren Nimni on behalf of Plaintiffs [ECF 2];

e. Motion for Admission *Pro Hac Vice* of Iván Espinoza-Madrigal and Affidavit of Iván Espinoza-Madrigal on behalf of Plaintiffs [ECF 5, 5-1];

f. Notice of Appearance of Eric J. Marandett on behalf of Plaintiffs [ECF 6];

g. Notice of Appearance of Carlos Perez-Albuerne on behalf of Plaintiffs [ECF 7];

h. Notice of Appearance of Kevin P. O'Keefe on behalf of Plaintiffs [ECF 8]; and

i. Notice of Appearance of Xing-Yin Ni on behalf of Plaintiffs [ECF 9].

2. Attached as **Exhibit A** is a true and correct copy of the receipt for certified mail pertaining to Article No. 9414 7266 9904 2077 7194 60.

3. Attached as **Exhibit B** is a true and correct copy of the tracking sheet pertaining to Article No. 9414 7266 9904 2077 7194 60, evidencing delivery on March 14, 2018. As of this date, the return receipt ("green card") has not been received.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: March 30, 2018

Allison S. Ercolano

# Exhibit A

9414 7266 9904 2077 7194 60

**TO:** Donald J. Trump
President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20500

**SENDER:** Allison Ercolano

**REFERENCE:** 0998664-0001
Centro Presente et al., v.
Trump, et al.

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS®**
**Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

BOSTON MA 02205 MAR 5 2018 FORT POINT USPS 35

# Exhibit B

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

**Tracking Number:** 9414726699042077719460

Remove ✕

Your item was delivered at 4:05 am on March 14, 2018 in WASHINGTON, DC 20500.

## Delivered

March 14, 2018 at 4:05 am
Delivered
WASHINGTON, DC 20500

**Get Updates**

**Text & Email Updates**

**Tracking History**

**Product Information**

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)** **How can I help you?**