# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CENTRO PRESENTE, ET AL.**

*Plaintiff*

v.

Civil Action No.:
**1:18–CV–10340–DJC**

**DONALD J. TRUMP, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kirstjen M. Nielsen, Secretary of the United States Department of Homeland Security
U.S. Department of Homeland Security
245 Murray Lane, SW
Washington, D.C. 20528-0075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Oren M. Sellstrom
Lawyers' Committee for Civil Rights and Economic Justice
61 Batterymarch Street, 5th Floor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Matthew McKillop**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2018–02–22 11:21:57.0**, Clerk USDC DMA

Civil Action No.: **1:18–CV–10340–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____  \_\_**Please see attached Declaration**\_\_  
Date  *Server's Signature*

_____  
*Printed name and title*

_____  
*Server's Address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTRO PRESENTE, a membership organization; JUAN CARLOS VIDAL; ANNE CHRISTINE NICOLAS; CHRIS JEAN BAPTISTE; MERCEDES MATA; CAROLINA MATA; WILL ARIAS; JUAN AMAYA; and MARIA GUERRA,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security in her official capacity; and, ELAINE COSTANZO DUKE, Deputy Secretary of the Department of Homeland Security in her official capacity,<br><br>    Defendants. | Civil Action No. 1:18-cv-10340 |

**DECLARATION OF SERVICE OF ALLISON S. ERCOLANO REGARDING DEFENDANT KIRSTJEN M. NIELSEN, SECRETARY OF THE UNITED STATES <u>DEPARTMENT OF HOMELAND SECURITY</u>**

I, Allison S. Ercolano, hereby declare:

1. Pursuant to Federal Rules of Civil Procedure 4(i)(2), on March 5, 2018, I caused a copy of the following documents to be mailed by certified mail, Article No. 9414 7266 9904 2077 7194 91, to the Honorable Kirstjen M. Nielsen, Secretary of the United States Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528-0075:

   a. Service Cover Letter addressed to Kirstjen M. Nielsen, Secretary of the United States Department of Homeland Security;

   b. Summons directed to Kirstjen M. Nielsen, Secretary of the United States Department of Homeland Security;

    c. Complaint filed by Centro Presente, et al. against Donald J. Trump, President of the United States, United States Department of Homeland Security, Kirstjen Nielsen, Secretary of the United States Department of Homeland Security, and Elaine C. Duke, Deputy Secretary of the Department of Homeland Security [ECF No. 1];

    d. Notice of Appearance of Oren Nimni on behalf of Plaintiffs [ECF 2];

    e. Motion for Admission *Pro Hac Vice* of Iván Espinoza-Madrigal and Affidavit of Iván Espinoza-Madrigal on behalf of Plaintiffs [ECF 5, 5-1];

    f. Notice of Appearance of Eric J. Marandett on behalf of Plaintiffs [ECF 6];

    g. Notice of Appearance of Carlos Perez-Albuerne on behalf of Plaintiffs [ECF 7];

    h. Notice of Appearance of Kevin P. O'Keefe on behalf of Plaintiffs [ECF 8]; and

    i. Notice of Appearance of Xing-Yin Ni on behalf of Plaintiffs [ECF 9].

2. Attached as **Exhibit A** is a true and correct copy of the receipt for certified mail pertaining to Article No. 9414 7266 9904 2077 7194 91.

3. Attached as **Exhibit B** is a true and correct copy of the tracking sheet pertaining to Article No. 9414 7266 9904 2077 7194 91, evidencing delivery on March 9, 2018. As of this date, the return receipt ("green card") has not been received.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: __March 30, 2018__

_/s/ Allison S. Ercolano_
Allison S. Ercolano

# **<u>Exhibit A</u>**

9414 7266 9904 2077 7194 91

**TO:** The Hon. Kirstjen M. Nielsen
Secretary of Homeland Security
U.S. Dept. of Homeland Security
245 Murray Lane, SW
Washington, DC  20528-0075

**SENDER:** Allison Ercolano

**REFERENCE:** 0998664-0001
Centro Presente et al., v. Trump, et al.

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS® Receipt for Certified Mail®**

POSTMARK OR DATE

No Insurance Coverage Provided
Do Not Use for International Mail

# **<u>Exhibit B</u>**

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 9414726699042077719491

Remove ✕

**Expected Delivery on**

**FRIDAY**
**9** MARCH 2018 ⓘ
by **8:00pm** ⓘ

## ✓ Delivered

March 9, 2018 at 10:54 am
Delivered, To Agent
WASHINGTON, DC 20528

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?
**How can I help you?**
Go to our FAQs section to find answers to your tracking questions.