**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CENTRO PRESENTE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:18-cv-10340-DJC |
| v. | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**
**MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION**
**TO COMPEL RESPONSES TO WHITE HOUSE DISCOVERY REQUESTS**

Plaintiffs, through their undersigned counsel, respectfully move for leave to file a brief, ten-page reply in further support of Plaintiffs' Motion to Compel Responses to White House Discovery Requests, ECF 74 (the "Motion") pursuant to L.R. 7.1(b)(3). Plaintiffs' proposed reply memorandum is attached to this motion as Exhibit A. Defendants have assented to Plaintiffs' request for leave to submit a reply memorandum.

Plaintiffs' proposed reply will address Defendants' arguments and omissions in their Opposition to Plaintiffs' Motion to Compel Discovery from the White House, ECF 77 (the "Opposition"). The Opposition raises constitutional issues. Plaintiffs seek to demonstrate that Defendants are not correct about the legal framework for evaluating claims of executive privilege and burden where discovery requests are directed towards the President and his agents in the White House. Plaintiffs believe that their reply memorandum will be of assistance to the Court. It is limited to ten pages.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant

Plaintiffs' unopposed request for leave to file the reply memorandum attached as <u>Exhibit A</u>.


Respectfully submitted,

CENTRO PRESENTE, *et al.*

<u>/s/ Allison S. Ercolano</u>

| | |
|---|---|
| Oren Sellstrom  (BBO# 569045) | Eric J. Marandett (BBO# 561730) |
| Oren Nimni (BBO #691821) | Carlos J. Perez-Albuerne (BBO# 640446) |
| Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*) | Kevin P. O'Keefe (BBO# 697101) |
| LAWYERS FOR CIVIL RIGHTS | Xing-Yin Ni (BBO# 693876) |
| 61 Batterymarch Street, 5th Floor | Leah R. Milbauer (BBO# 703717) |
| Boston, Massachusetts  02110 | Margaret J. Burnside (BBO# 698763) |
| (617) 988-0624 | Allison S. Ercolano (BBO# 698601) |
| | Natalia Smychkovich (BBO# 699289) |
| | CHOATE, HALL & STEWART LLP |
| Dated:  April 1, 2019 | Two International Place |
| | Boston, Massachusetts  02110 |
| | (617) 248-5000 |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. 7.1(a)(2), I hereby certify that on April 1, 2019, I conferred via email with counsel for the Defendants, Adam Kirschner, who does not oppose the filing of a reply memorandum in further support of Plaintiffs' Motion to Compel Responses to White House Discovery Requests.

/s/ Allison S. Ercolano

Dated: April 1, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Allison S. Ercolano

Dated: April 1, 2019