IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:18-cv-10340 (DJC) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please take notice that Kevin Snell of the United States Department of Justice, Civil Division, has entered an appearance on behalf of all Defendants in the above-captioned matter. Adam Kirschner remains the attorney for Defendants authorized to receive all notices in this case.

Dated: April 12, 2019,

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Kevin Snell*
KEVIN SNELL
NY Bar
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12510
Washington, DC 20530
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail: kevin.snell@usdoj.gov

Mailing Address:

Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 12510
Washington, D.C. 20005

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Court's CM/ECF system will be served electronically to the registered participates as identified on the Notice of Electronic Filing.

*/s/ Kevin Snell*
KEVIN SNELL