**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-10340 |

## JOINT MOTION TO CONTINUE STATUS HEARING

The parties hereby jointly move to reschedule the Court's status hearing currently set for May 20, 2019, until after June 4, 2019. The parties are available on June 5, 6, 7, or 10, if any of those dates are convenient for the Court.

Besides the staying of depositions, the parties are still engaged in written discovery on the Department of Homeland Security. Defendants anticipate responding to Plaintiffs' outstanding discovery on or before June 4, 2019. The parties, therefore, believe that it would promote judicial economy for the parties to focus on the outstanding discovery prior to appearing before this Court to discuss any discovery-related matters.

Dated: May 16, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
United States Department of Justice

                Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
        Tel.:     (202) 353-9265
        Fax:     (202) 616-8460
E-mail:  adam.kirschner@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

      *Counsel for Defendants*

<u>*/s/ Kevin O'Keefe*</u>
Eric J. Marandett (BBO# 561730)
Carlos J. Perez-Albuerne (BBO# 640446)
Kevin P. O'Keefe (BBO# 697101)
Xing-Yin Ni (BBO# 693876)
Leah R. Milbauer (BBO# 703717)
Margaret J. Burnside (BBO# 698763)
Allison S. Ercolano (BBO# 698601)
Natalia Smychkovich (BBO# 699289)
Anna S. Roy (BBO# 703884)
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Oren Sellstrom  (BBO# 569045)
Oren Nimni (BBO #691821)
Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, Massachusetts 02110
(617) 988-0624

      *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Court's CM/ECF system will be served electronically on the registered participants as identified on the NEF.

                                                    */s/ Adam Kirschner*