**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:18-cv-10340 (DJC) |
| JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

As directed by this Court's February 10, 2021 Order (ECF No. 146), following submission of the parties' last Joint Status Report on February 8, 2021 (ECF No. 145), Plaintiffs and Defendants respectfully submit this Joint Status Report. In its February 10, 2021 Order, this Court "extended the stay in this case" until April 8, 2021. ECF No. 146. The parties jointly request for this Court to extend the stay in this case to June 7, 2021, for the new administration to continue to consider its position in this case. In the meantime, the terminations of Temporary Protected Status (TPS) for Haiti, El Salvador, and Honduras, remain either enjoined or stayed per court order. *See Saget v. Trump*, No. 19-1685 (2d Cir.) (March 9, 2021 order holding appeal of injunction in abeyance pending the Government's internal review of its decision to terminate Haiti's TPS); *Ramos v. Nielsen*, No. 18-16981 (9th Cir.) (Feb. 16, 2021 order granting 60 day stay of consideration of rehearing en banc petition for appeal, and thus stay of any mandate, of panel's decision to reverse injunction of TPS terminations for, *inter alia*, Haiti and El Salvador); *Bhattarai v. Nielsen*, Case No. 3:19-cv-731-EMC (N.D. Cal.), ECF No. 23, at ¶ 6 (court order

staying termination of TPS for Honduras pending *Ramos* appeal). Accordingly, the parties respectfully request to continue the stay in this matter through June 7, 2021.

Respectfully submitted,

Plaintiffs.

By their attorneys,

*/s/ Justin Wolosz*
Eric J. Marandett (BBO# 561730)
Justin J. Wolosz (BBO# 643543)
Allison S. Ercolano (BBO# 698601)
Anna S. Roy (BBO# 703884)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
(617) 248-5000

Oren Sellstrom  (BBO# 569045)
Lauren Sampson (BBO #704319)
Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, Massachusetts  02110
(617) 988-0624

Dated: April 8, 2021

Defendants

By their attorneys,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam Kirschner*
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: adam.kirschner@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non-registered participants.


Dated: April 8, 2021                                  */s/ Adam Kirschner*