UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:18-cv-10340 (DJC) |

**JOINT STATUS REPORT**

As directed by this Court's April 13, 2021 Order (ECF No. 151), following submission of the parties' last Joint Status Report on April 8, 2021 (ECF No. 150), Plaintiffs and Defendants respectfully submit this Joint Status Report. The parties jointly request for this Court to extend the stay in this case to September 14, 2021, for the new administration to continue to assess how it wishes to proceed in this litigation and to give further consideration of the Temporary Protected Status ("TPS") determinations at issue in this case—Haiti, El Salvador, and Honduras.

Since the last status report, the Secretary of the Department Homeland Security, Alejandro N. Mayorkas, announced a new 18-month designation of Haiti for Temporary Protected Status (TPS). *See* https://www.dhs.gov/news/2021/05/22/secretary-mayorkas-designates-haiti-temporary-protected-status-18-months. "This new TPS designation enables Haitian nationals (and individuals without nationality who last resided in Haiti) currently residing in the United States as of May 21, 2021 to file initial applications for TPS, so long as they meet eligibility requirements." *Id*. In the meantime, the terminations of TPS for El Salvador and Honduras remain either enjoined or stayed per court order. *See Ramos v. Nielsen*, No. 18-16981 (9th Cir.) (April 20, 2021 order

extending stay through June 25, 2021 of consideration of rehearing en banc petition for appeal, and thus stay of any mandate, of panel's decision to reverse injunction of TPS terminations for, *inter alia*, El Salvador); *Bhattarai v. Nielsen*, Case No. 3:19-cv-731-EMC (N.D. Cal.), ECF No. 23, at ¶ 6 (court order staying termination of TPS for Honduras pending *Ramos* appeal).[1] Accordingly, the parties respectfully request to continue the stay in this matter through September 14, 2021.

---

[1] The termination of TPS for Haiti also remains enjoined. *See Saget v. Trump*, No. 19-1685 (2d Cir.) (March 9, 2021 order also requiring periodic 30-day status reports); *see also See Ramos v. Nielsen*, No. 18-16981 (9th Cir.) (April 20, 2021 order). The parties in those cases have not yet had an opportunity to fully address the effect of the recently announced Haiti TPS designation on the proceedings in those cases.

Respectfully submitted,

Plaintiffs.

By their attorneys,

*/s/ Justin Wolosz*
Eric J. Marandett (BBO# 561730)
Justin J. Wolosz (BBO# 643543)
Anna S. Roy (BBO# 703884)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
(617) 248-5000

Oren Sellstrom  (BBO# 569045)
Lauren Sampson (BBO #704319)
Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, Massachusetts  02110
(617) 988-0624

Dated: June 7, 2021

Defendants

By their attorneys,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Adam Kirschner*
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: adam.kirschner@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

4

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 7, 2021                                        /s/ Adam Kirschner