UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*,<br><br>　　　　　　　Defendants. | No. 1:18-cv-10340 (DJC) |

**JOINT STATUS REPORT**

As directed by this Court's September 24, 2021 Order (ECF No. 156), following submission of the parties' last Joint Status Report on September 14, 2021 (ECF No. 155), Plaintiffs and Defendants respectfully submit this Joint Status Report. The parties jointly request for this Court to extend the stay in this case to March 14, 2022, for the administration to continue to assess how it wishes to proceed in this litigation, including in light of the ongoing mediation at the Ninth Circuit concerning the Temporary Protected Status ("TPS") determinations at issue in this case— Haiti, El Salvador, and Honduras.

As discussed in previous status reports, the Department of Homeland Security published a Federal Register Notice formally announcing the Secretary's new designation for Haiti. 86 Fed. Reg. 41,863 (Aug. 3, 2021). In addition, as previously discussed, the Secretary of Homeland Security published a new Federal Register Notice extending TPS documentation for, *inter alia*, El Salvador and Honduras through December 31, 2022. *See* Continuation of Documentation for Beneficiaries of Temporary Protected Status Designations for El Salvador, Haiti, Nicaragua, Sudan, Honduras, and Nepal, 86 Fed. Reg. 50,725 (Sept. 10, 2021). In the meantime, the

terminations of TPS for Haiti, El Salvador and Honduras remain either enjoined or stayed per court order. *See Ramos v. Nielsen*, No. 18-16981 (9th Cir.) (June 25, 2021, order staying consideration of rehearing en banc petition for appeal, and thus stay of any mandate, pending mediation); *Bhattarai v. Nielsen*, Case No. 3:19-cv-731-EMC (N.D. Cal.), ECF No. 23, at ¶ 6 (court order staying termination of TPS for Honduras pending *Ramos* appeal).

The parties in *Ramos* are currently engaged in mediation at the Ninth Circuit, with the next mediation session set for December 14, 2022. *See Ramos* (November 18, 2021, scheduling of mediation conference). Accordingly, in light of the ongoing mediation, the parties respectfully request to continue the stay in this matter through March 14, 2022.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs. | Defendants |
| By their attorneys, | By their attorneys, |
| | BRIAN M. BOYNTON |
| /s/ *Justin Wolosz* | Acting Assistant Attorney General |
| Eric J. Marandett (BBO# 561730) | |
| Justin J. Wolosz (BBO# 643543) | BRIGHAM J. BOWEN |
| Anna S. Roy (BBO# 703884) | Assistant Branch Director |
| CHOATE, HALL & STEWART LLP | |
| Two International Place | /s/ *Adam Kirschner* |
| Boston, Massachusetts  02110 | ADAM D. KIRSCHNER |
| (617) 248-5000 | IL Bar. No. 6286601 |
| | Senior Trial Counsel |
| Oren Sellstrom  (BBO# 569045) | United States Department of Justice |
| Lauren Sampson (BBO #704319) | Civil Division, Federal Programs Branch |
| Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*) | 1100 L Street NW, Room 11020 |
| LAWYERS FOR CIVIL RIGHTS | Washington, DC 20530 |
| 61 Batterymarch Street, 5th Floor | Tel: (202) 353-9265 |
| Boston, Massachusetts  02110 | Fax: (202) 616-8460 |
| (617) 988-0624 | Email: adam.kirschner@usdoj.gov |
| | |
| | Mailing Address: |
| | Post Office Box 883 |
| | Washington, D.C. 20044 |
| Dated: December 13, 2021 | |
| | Courier Address |
| | 1100 L Street NW, Room 11020 |
| | Washington, D.C. 20005 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: December 13, 2021              /s/ Adam Kirschner