UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*,<br><br>                                Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*,<br><br>                                Defendants. | No. 1:18-cv-10340 (DJC) |

**JOINT STATUS REPORT**

As directed by this Court's January 10, 2023 Order (ECF No. 168), following submission of the parties' last Joint Status Report on December 13, 2022 (ECF No. 167), Plaintiffs and Defendants respectfully submit this Joint Status Report. The parties jointly request for this Court to extend the stay in this case to May 26, 2023 and suggest that the Court defer the conference currently scheduled for April 13, 2023 until a time at the Court's convenience after May 19, 2023.

As explained in the parties' last Joint Status Report, Defendants are in the process of considering the Temporary Protected Status ("TPS") determinations for El Salvador and Honduras. Defendants remain on track to complete that consideration by the end of April 2023, as anticipated in the parties' last Joint Status Report. In the meantime, as explained in the parties' prior Joint Status Report, no TPS designation at issue will be terminated prior to June 30, 2024, at the earliest.

Because Defendants anticipate completing their consideration of the TPS determinations at issue in this case in the next 23 days, the parties respectfully request that the court order the parties to file another Joint Status Report on May 19, 2023 setting forth their positions regarding what, if any, further proceedings will be necessary at that time. The parties suggest that the Court defer the

conference currently scheduled for April 13, 2023, so that any further proceedings can be informed by that report.

| | |
|---|---|
| Dated: April 7, 2023 | Respectfully submitted, |
| /s/ Justin Wolosz | BRIAN M. BOYNTON |
| Eric J. Marandett (BBO# 561730) | Principal Deputy Assistant Attorney |
| Justin J. Wolosz (BBO# 643543) | General |
| CHOATE, HALL & STEWART LLP | |
| Two International Place | BRIGHAM J. BOWEN |
| Boston, Massachusetts 02110 | Assistant Branch Director |
| (617) 248-5000 | |
| | /s/ Christopher M. Lynch |
| Oren Sellstrom (BBO# 569045) | CHRISTOPHER M. LYNCH |
| Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*) | (D.C. Bar No. 1049152) |
| LAWYERS FOR CIVIL RIGHTS 61 | Trial Attorney |
| Batterymarch Street, 5th Floor Boston, | U.S. Department of Justice |
| Massachusetts 02110 | Civil Division, Federal Programs Branch |
| (617) 988-0624 | 1100 L. St., N.W. |
| | Washington, D.C. 20005 |
| *Counsel for Plaintiffs* | Telephone: (202) 353-4537 |
| | Facsimile: (202) 616-8470 |
| | Email: Christopher.M.Lynch@usdoj.gov |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: April 7, 2023 | /s/ Christopher M. Lynch |
| | Christopher M. Lynch |