UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) ) | No. 1:18-cv-10340 (DJC) |
| v. | ) ) |  |
| JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to this Court's May 24, 2023 Order.  *See* ECF No. 177.

**I.      Background and Recent Decision by the Defendants**

There have been significant developments both prior to and following the May 24 status conference that the parties anticipate may result in dismissal of this case in its entirety.

As the Court is aware, this case relates to the Trump Administration's decisions in 2017 and 2018 to terminate the Temporary Protected Status (TPS) designations for Haiti, El Salvador, and Honduras.  ECF No. 21 (First Amended Complaint) ¶¶ 1, 173, 199, 224.

Prior to the recent May 24 status conference, the Biden Administration had taken a new position with respect to the TPS status of Haiti.  In August 2021, the Secretary of Homeland Security (the "Secretary") newly designated Haiti for TPS.  Ex. A (88 C.F.R. 5022), at -24.  In January 2023, the Secretary extended and re-designated Haiti for TPS for an additional eighteen months through August 3, 2024, provided that existing beneficiaries re-registered during the 60-day period from January 26, 2023 through March 27, 2023.  *Id.* at -22.

Subsequent to the May 24 status conference, the Biden Administration issued new decisions with respect to the two remaining countries in this case, El Salvador and Honduras. On June 13, 2023, the Department of Homeland Security announced "the rescission of the prior Administration's terminations of the Temporary Protected Status (TPS) designations for El Salvador, Honduras [and other countries] and the extension of TPS for these countries for 18 months." Ex. B (Press Release), at 1. The government followed this announcement by publishing Federal Register notices on June 21, 2023 that spell out the action in greater detail. Ex. C (88 C.F.R. 40282); Ex. D (88 C.F.R. 40304).

The notices state that the effect on TPS recipients from El Salvador and Honduras will be as follows:

- **El Salvador**. This notice extends the TPS designation for El Salvadorans by 18 months, from September 10, 2023 through March 9, 2025, and provides a re-registration period for existing beneficiaries during the 60-day period from July 12, 2023 through September 10, 2023. Ex. C, at -82.

- **Honduras**. This notice extends the TPS designation for Hondurans for 18 months, from January 6, 2024 through July 5, 2025, and provides a re-registration period for existing beneficiaries during the 60-day period from November 6, 2023 through January 5, 2024. Ex. D, at -04.

Therefore, assuming the Secretary's actions proceed as planned, the three countries in this case (Haiti, El Salvador, and Honduras) will be designated for TPS through August 3, 2024 (Haiti), March 9, 2025 (El Salvador), or July 5, 2025 (Honduras).

## II. Status of Claims Regarding Haiti

The Court's May 24, 2023 order requested that the parties address the status of claims regarding Haiti. On June 29, 2023, the parties stipulated to dismissal of all claims brought by the individual Haiti

Plaintiffs and Haitian-Americans United, Inc. As a result, the parties agree that the termination of TPS for Haiti is no longer an issue in this case.

### III.     Schedule Going Forward for Claims Regarding El Salvador and Honduras

The Court's May 24, 2023 order also requested that the parties propose a substantive schedule moving forward. In light of the recent decision regarding El Salvador and Honduras, however, the parties respectfully request that the Court stay this matter for 60 days. The parties agree that there is not a need to press forward with the litigation at this time, and plaintiffs and counsel intend to use this time to consult further regarding the effect of this decision on this lawsuit. The parties anticipate that a stipulation to dismiss the remaining plaintiffs and claims may occur before the 60-day stay concludes. If that does not occur, the parties propose that they submit a proposed substantive schedule at the conclusion of the 60-day stay.

Dated: June 30, 2023

/s/ Justin J. Wolosz
Eric J. Marandett (BBO# 561730)
Justin J. Wolosz (BBO# 643543)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Oren Sellstrom (BBO# 569045)
Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, Massachusetts 02110
(617) 988-0624

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE
(D.C. Bar No. 1023361)
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 514-2705
Facsimile: (202) 616-8470
Email: Zachary.A.Avallone@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 30, 2023

/s/ Justin J. Wolosz
Justin J. Wolosz