**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CENTRO PRESENTE, a membership organization, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., President of the United States, in his official capacity, *et al.*,<br><br>                    Defendants. | No. 1:18-cv-10340 (DJC) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

On June 29, 2023, Plaintiffs Haitian-Americans United, Inc., Anne Christine Nicolas, Chris Jean Baptiste, Josue Dorfeuille, and Natacha Dorfeuille (collectively, the "Haiti Plaintiffs") and Defendants Joseph R. Biden, Jr., United States Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, and Kristie Canegallo, in her official capacity as Acting Deputy Secretary of Homeland Security (collectively, "Defendants") stipulated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal without prejudice of "all claims brought by the Haiti Plaintiffs . . . in their entirety against all Defendants." *Stip. of Dismissal Without Prejudice* at 1 (ECF No. 178).

Now, Centro Presente, Juan Carlos Vidal, Mercedes Mata, Carolina Mata, Will Arias, Juan Amaya, Maria Guerra, Yesy Patricia Carbajal, Juan Guerrero, Jaime Yanes, and Jose Omar Rodriguez Varela, (collectively, the "Remaining Plaintiffs") and Defendants, Joseph R. Biden, Jr., United States Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, and Kristie Canegallo, in her official capacity as Acting Deputy

Secretary of Homeland Security (collectively, "Defendants"), by and through their respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, including all claims that remain.   All claims brought by the Remaining Plaintiffs are dismissed in their entirety against all Defendants, without prejudice.   Each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: September 7, 2023

*/s/ Justin Wolosz*
Eric J. Marandett (BBO# 561730)
Justin J. Wolosz (BBO# 643543)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Oren Sellstrom (BBO# 569045)
Iván Espinoza-Madrigal (Admitted *Pro Hac Vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, Massachusetts 02110
(617) 988-0624

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
(D.C. Bar No. 1023361)
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 514-2705
Facsimile: (202) 616-8470
Email: Zachary.A.Avallone@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 7, 2023                    */s/ Justin J. Wolosz*
                                            Justin J. Wolosz